[No. 3,426.]

# THE PEOPLE OF THE STATE OF CALIFORNIA v. WILLIAM A. HART.

CHARGE TO JURY NO PART OF JUDGMENT ROLL.—The charge given to a jury in a criminal case by the Court, upon its own motion, forms no part of the judgment roll, and cannot be reviewed on an appeal upon the judgment roll alone.

CONSTRUCTION OF CRIMINAL PRACTICE ACT AS TO INSTRUCTIONS.—Sections four hundred and thirty-eight and four hundred and sixty-two of the Criminal Practice Act, refer to the written charges or instructions which either party may present and ask to be given in accordance with sections four hundred and four hundred and one, and not to the charge which the Court may give upon its own motion.

APPEAL from the District Court of the Thirteenth Judicial District, Tulare County.

. The defendant was convicted of murder, and appealed from the judgment upon the judgment roll alone, alleging error in the instructions given to the jury by the Court, of its own motion.

*Goodwin & Lindsey*, for Appellant.

*John L. Love, Attorney General*, for Respondent.

By the Court, NILES, J.:

The appeal in this case being from the judgment, and there being no bill of exceptions, the case is presented upon the judgment roll alone. The charge given by the Court, upon its own motion, forms no part of the judgment roll.

By section four hundred and thirty-eight of the Criminal Practice Act, it is provided that " when any written charge has been presented and given, or refused, the question or questions presented in such charge need not be excepted to, nor embodied in a bill of exceptions, but the written charge itself, with the indorsement showing the action of the Court,

shall form part of the record, and any error in the decision of the Court therein may be taken advantage of on appeal in like manner as is presented in a bill of exceptions."

Section four hundred and sixty-two of the Act prescribes the constituent parts of the record of the action, which must contain, among other things, " the written charges asked of the Court, if there be any."

It is evident that both of these provisions refer to the written charges or instructions which either party may present and request to be given, in accordance with sections four hundred and four hundred and one, and not to the charge which the Court may give upon its own motion.

The judgment roll discloses no error.

Judgment affirmed, and the Court below is directed to fix a day for the execution of the sentence.